BEFORE THE THIRD DIVISION, SEPTEMBER 29, 1944

**No. 49733.**—Protests 980892–G, etc., of Fujimoto Co. (San Francisco).

Opinion by Cline, J.   It was stipulated that the merchandise is the same in all material respects as that passed upon in *Mutual Supply Co.* v. *United States* (12 Cust. Ct. 136, C. D. 842).   The protests were sustained to that extent.

**No. 49734.**—Protests 974595–G, etc., of Daimaru Co. et al. (San Francisco).

Opinion by Cline, J.   It was stipulated that the merchandise is the same in all material respects as that passed upon in *Mutual Supply Co.* v. *United States* (12 Cust. Ct. 136, C. D. 842).   The protests were sustained to that extent.

**No. 49735.**—PROTESTS 85988–K, etc., of Hoyt, Shepston & Sciaroni et al. (San Francisco).

Opinion by Cline, J.   In accordance with stipulation of counsel that the merchandise is the same as that the subject of Abstract 49414 that claim in the protests was sustained.

**No. 49736.**—Protests 105170–K, etc., of Lippmann Produce Co. (New York).

Opinion by Cline, J.   The court ordered the protests submitted.   An examination of the record failed to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's action.   The protests were overruled, excepting protest 105125–K (A) which was dismissed as untimely.